THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STROUDSBURG BOROUGH,

        Plaintiff,

v.

VFG LABAR LLC,

        Defendant.

3:21-CV-1572
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 11th DAY OF FEBRUARY, 2022, upon consideration of Plaintiff's Motion to Remand (Doc. 8), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Remand (Doc. 8) is **GRANTED**.

2. The above-captioned action is **REMANDED** to the Court of Common Pleas of Monroe County.

3. The Clerk of Court is directed to **CLOSE** the federal action.

4. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Monroe County.

Robert D. Mariani
United States District Judge